1  SCOTT N. SCHOOLS (SCBN 9990) E-FILING
   United States Attorney



Filed
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07-00453 JW

| UNITED STATES OF AMERICA, | ) | No. CR |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 2319B(a)(1) - Unauthorized Recording of Motion Pictures in a Motion Picture Exhibition; 17 U.S.C. §§ 1202(b)(1), 1204(a)(1) – Digital Millennium and Copyright Act Violation By Removing Copyright Management Information; 18 U.S.C. § 2 - Aiding and Abetting; 17 U.S.C. §§ 506(b) and 509(a) - Criminal Forfeiture and Destruction |
| v. | ) | |
| ARSHAD MADHANI, aka pluged_, aka lazyman786, | ) | |
| Defendant. | ) | |

SAN JOSE VENUE

INFORMATION

The United States charges:

COUNT ONE:    (18 U.S.C. §§ 2319B(a)(1) and 2 - Unauthorized Recording of Motion Pictures in a Motion Picture Exhibition Facility, and Aiding and Abetting)

1.    On or about March 23, 2006, in the Northern District of California, and elsewhere, defendant

ARSHAD MADHANI,
aka pluged_, aka lazyman786,

knowingly used, and attempted to use, an audiovisual recording device to transmit and make a copy of a motion picture protected under the copyright laws of the United States, specifically, Title 17,

INFORMATION [United States v. Arshad Madhani]

1  United States Code, 102(a) et seq., and any part of the motion picture, from a performance of such
2  work in a motion picture exhibition facility, without the authorization of the copyright owner, that
3  is, a video recording device was used to make a copy of the motion picture "Firewall," all in
4  violation of Title 18, United States Code, Sections 2319B(a)(1) and 2.

5  COUNT TWO:     (17 U.S.C. §§ 1202(b)(1), 1204(a)(1) and 18 U.S.C. § 2 - Digital Millennium and Copyright Act Violation By Removing Copyright Management Information, and Aiding and Abetting)

7     2.     On or about June 7, 2006, in the Northern District of California, and elsewhere, defendant

ARSHAD MADHANI,
aka pluged_, aka lazyman786,

did willfully, and for purposes of commercial advantage and private financial gain, intentionally remove and alter copyright management information, knowing that it would induce, enable, facilitate, and conceal an infringement of any right protected by Title 17 of the United States Code, that is, the defendant removed copyright management information, including the title and other information identifying the copyrighted work, the name of, and other identifying information about, the author of a work, and identifying numbers and symbols referring to the identifying information, from the movie "The Breakup," without authority of the copyright owner, all in violation of Title 17, United States Code, Sections 1202(b)(1), and 1204(a)(1) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION:     (17 U.S.C. §§ 506(b) and 509(a) - Criminal Forfeiture and Destruction)

3.     As a result of the offenses alleged in Counts One and Two of this information, defendant

ARSHAD MADHANI,
aka pluged_, aka lazyman786,

shall forfeit to the United States, pursuant to Title 17, United States Code, Sections 506(b) and 509(a), all copies manufactured, reproduced, distributed, sold, or otherwise used, intended for use, or possessed with intent to use in violation of the offense under Section 506(a), and all plates, molds,

INFORMATION [United States v. Arshad Madhani]     2

matrices, masters, tapes, film negatives, or other articles by means of which such copies may be reproduced, and all electronic, mechanical, and other devices for manufacturing, reproducing, and assembling such copies, including but not limited to the items listed below:

1. BellSouth Statement
2. Gray Notebook
3. Maxtor Hard Drive S/N Y60H8LLE
4. Western Digital Hard Drive S/N WMACK1142268
5. Blue Memory Device
6. Notebook
7. Net Gear Card
8. Net Gear USB Device
9. Red MP3 Player
10. Yellow Notepad Paper
11. Five (5) Movie Disks
12. HP Pavilion A210N
13. Dell Dimension E510
14. Black Computer Tower

Dated: July 17, 2007

SCOTT N. SCHOOLS
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch

(Approved as to form: _____)
AUSA MARK L. KROTOSKI

INFORMATION [United States v. Arshad Madhani]     3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
Please See Attached

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Please See Attached

**DEFENDANT - U.S.**
▶ ARSHAD MADHANI

**DISTRICT COURT NUMBER:** CR 07 00453 RMW

*Filed JUL 17 2007, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE — E-FILING*

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any): S/A Julia Jolie - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y    ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM:** SCOTT N. SCHOOLS
☒ U.S. Att'y    ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** MARK L. KROTOSKI

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed Month/Day/Year

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 30, 2007 9:00am
Before Judge: Ronald M. Whyte

Comments:

# Attachment Penalty Sheet for
# United States v. Arshad Madhani

**Count One:**  18 U.S.C. §§ 2319B(a)(1) and 2 - Unauthorized Recording of Motion Pictures in a Motion Picture Exhibition Facility, and Aiding and Abetting.

> **Penalty:**  Maximum 3 years imprisonment;
> Maximum $250,000 or twice the value of the property involved in the transaction, whichever is greater;
> Maximum 2 years Supervised Release;
> Mandatory $100 Special Assessment;
> Forfeiture Ordered by the Court;
> Restitution Ordered by the Court

**Count Two:**  17 U.S.C. §§ 1202(b)(1), 1204(a)(1) and 18 U.S.C. § 2 - Digital Millennium and Copyright Act Violation By Removing.

> **Penalty:**  Maximum 5 years imprisonment;
> Maximum $500,000 or twice the value of the property involved in the transaction, whichever is greater;
> Maximum 3 years Supervised Release;
> Mandatory $100 Special Assessment;
> Forfeiture Ordered by the Court;
> Restitution Ordered by the Court