SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5035
  Facsimile: (408) 535-5066
  E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>       v. )<br>DAVID M. FISH, )<br>   aka x000x, et al., )<br>       Defendants. )<br>_____ ) | No. CR 05-00445-RMW<br><br>**NOTICE OF RELATED CASE IN A CRIMINAL ACTION AND [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>       v. )<br>MOISES NUNEZ, )<br>   aka cartel, aka marvel, aka OTR, et al., )<br>       Defendants. )<br>_____ ) | No. CR 05-00734-RMW<br><br>**NOTICE OF RELATED CASE IN A CRIMINAL ACTION AND [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>       v. )<br>ARSHAD MADHANI, )<br>   aka pluged_, aka lazyman786, )<br>       Defendant. ) | No. CR 07-00453-JW<br><br>**NOTICE OF RELATED CASE IN A CRIMINAL ACTION AND [PROPOSED] ORDER** |

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**

Criminal Local Rule 8-1 of the Local Rules of Practice of the United States District Court for the Northern District of California, imposes a duty on any party to "promptly" notify the Court of cases which may be related.  The Government hereby gives notice pursuant to Criminal Local Rule 8-1 that the above-captioned criminal cases are believed to be related since the "actions concern one or more of the same defendants and the same alleged events, occurrences, transactions or property."  Criminal Local Rule 8-1(b)(1).

Based on the charges and other documents on file, each of these cases relates to the same warez investigation.  Copyright charges have been filed against all of the defendants concerning their role in the warez case.  A review of the indictments further shows that there is a substantial overlap in many of the allegations.  The cases also relate to the same investigation.  To date, thirty-five defendants have been convicted before Judge Ronald M. Whyte in the original or related cases.  The related indictment in United States v. Moises Nunez, CR 05-00734-RMW, was also found to be related to United States v. David M. Fish et al, CR 05-00445-RMW, after a notice of related case was filed.

Based on the foregoing, the Government believes that the Madhini above-captioned case concerns "the same alleged events, occurrences, transactions or property" within the meaning of Criminal Local Rule 8-1(b)(1) and are therefore related to each other.  As a result, the Government further maintains that assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the action.  Accordingly, pursuant to Criminal Local Rule 8-1(e), the Government requests that the ten defendants charged in the Madhani case be assigned to the judge assigned to the earliest-filed case, that is, Judge Ronald M. Whyte.  Defense counsel representing defendant Madhani concurs and the parties wish to set the initial appearance and entry of plea on June 30, 2007.

*// // //*

For the convenience of the Court, a proposed Order is submitted consistent with the regular practice of the Court and the Local Rule that related cases are generally assigned to the judge to whom the first filed action was assigned.

DATED: July 17, 2007                         Respectfully Submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney


                                                  /s/
                                             _____
                                             MARK L. KROTOSKI
                                             Assistant United States Attorney

**ORDER**

For Good Cause shown,

Pursuant to Criminal Local Rule 8-1(e), the Court finds the case of United States v. David M. Fish et Al., CR 05-00445-RMW, is related to United States v. Arshad Madhani, CR 07-00453 JW.  These actions concern one or more of the same alleged events, occurrences, transactions or property; and the actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges.

IT IS THEREFORE ORDERED that case number CR 07-00453 JW be reassigned to the Honorable Ronald M. Whyte.  All captions in the reassigned case shall now appear as CR 07-00453 RMW.

SO ORDERED.

DATED: July __, 2007

_____
RONALD M. WHYTE
United States District Judge

NOTICE OF RELATED CASES IN A CRIMINAL ACTION
AND [PROPOSED] ORDER