# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

oOo

**FILED**
JUL 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WAIVER OF INDICTMENT** |
| ARSHAD MADHANI,<br>aka pluged_, aka lazyman786, | CASE NUMBER: CR 07-00453-RMW |

    I, ARSHAD MADHANI, the above named defendant, who is accused of (1) Unauthorized Recording of Motion Pictures in a Motion Picture Exhibition Facility, and Aiding and Abetting, in violation of 18 U.S.C. §§ 2, 2319B(a)(1); and (2) Digital Millennium and Copyright Act Violation By Removing Copyright Management Information, and Aiding and Abetting, in violation of 17 U.S.C. §§ 1202(b)(1), 1204(a)(1), 18 U.S.C. §§ 2, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on July 30, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ARSHAD MADHANI
*Defendant*

_____
JEROME J. FROELICH JR.
*Counsel for Defendant*

Before _____

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE