*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** July 30, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00453-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ARSHAD MADHANI   (P)
   **APPEARANCES:**

**PLTF:** AUSA: M. Krotoski          **DEFT:** J. Froelich


**COURT ACTION:** INITIAL APPEARANCE/DISPOSITION

**Hearing Held. The Court arraigned the defendant on the Information. The defendant waived reading and advisement of rights. A Waiver of Indictment was executed and accepted by the Court. An Order Setting Conditions of Release and Appearance Bond was executed. The defendant plead guilty to Counts 1 and 2 of the Information. A Plea Agreement was executed in open court. The Court set a sentencing date of December 17, 2007 @ 9:00 am. The defendant shall remain out of custody pending sentencing.**

*[signature]*

**JACKIE GARCIA**
**Courtroom Deputy**