Jerome J. Froelich, Jr.
McKenney & Froelich
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia 30309
Tele: 404-881-1111
Fax: 404-881-8040

FILED

SEP - 4 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### UNITED STATES DISTRICT COURT
### FOR TH NORTHERN DISTRICT OF CALIFORNIA

| United States of America | : | |
|---|---|---|
| | : | CASE NO. 07-00453-RMW |
| | : | |
| v. | : | APPLICATION FOR |
| | : | ADMISSION OF ATTORNEY |
| Arshad Madhani | : | *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Jerome J. Froelich Jr., an active member in good standing of the State Bar of Georgia and the United States District Court for the Northern District of Georgia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis to represent Arshad Madhani in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the State Bars of New Jersey and Georgia. I am an active member in good standing of the United States District Court for the Northern District of Georgia. I was admitted to practice before the Supreme Court of the United States in 1978.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local

    Rule 11-4, to comply with General Order No. 45, Electronic Filing, and to become familiar with the Local Rules of this Court.

3. I am an experienced criminal defense attorney having represented criminal defendants in federal court for over 20 years and am a former Assistant United States Attorney.

4. I have been admitted pro hac vice before 17 different United States District Courts.

5. I am admitted to practice before the First, Third, Fourth, Fifth and Eleventh United States Circuit Courts of Appeals.

6. Mr. Madhani has entered a plea of guilty in this case and the only remaining action in this case is his sentencing.

7. I would like to be permitted to represent Mr. Madhani without local counsel because Mr. Madhani does not have the funds to retain local counsel.

8. I declare under penalty of perjury that the foregoing is true and correct.

August 28, 2007

Jerome J. Froelich Jr.