UNITED STATES DISTRICT COURT

Northern District of California

United States of America

v.

Arshad Madhani

CASE NO. 07-00453-RMW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED
SEP - 4 2007

Jerome J. Froelich Jr., an active member in good standing of the State Bar of Georgia, whose business address and telephone number is McKenney and Froelich, Two Midtown Plaza, Suite 1250, 1349 West Peachtree Street, Atlanta, Georgia 30309 with telephone number 404-881-1111, email address Jfroelich@mckfroeatlaw.com, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Arshad Madhani.

IT IS HEREBY ORDERED THAT the application is granted. All papers filed by the attorney must indicated appearance *pro hac vice*. Mr. Froelich will not be required to have local counsel. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/4/07

United States ~~Magistrate~~ District Judge

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611001645
Cashier ID: waltonk
Transaction Date: 09/04/2007
Payer Name: Jerome J. Froelich, Jr

PRO HAC VICE
 For: Jerome J. Froelich, Jr
 Case/Party: D-CAN-5-07-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 2768
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

for attorney Jerome J. Froelich, Jr

case 5:07-403RMW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```