UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | CASE NO. 07-00453-RMW |
| | : | |
| Arshad Madhani | : | |

**DEFENDANT MADHANI'S MOTION TO CONTINUE SENTENCING**

Comes now the Defendant, Arshad Madhani, by and through his attorney, Jerome J. Froelich Jr. and moves this Court for a continuation of his sentencing date for the following reasons:

1.

Defendant plead guilty in the above captioned case and his sentencing was set for December 17, 2007.

2.

Because of counsel's trial schedule and the schedule of the probation officer, Mr. Flores, an interview of the Defendant was not conducted until recently.

3.

Defendant also has to provide additional documents to Mr. Flores.

4.

In view of the above, Mr. Flores does not have sufficient time to complete

the pre sentence report in this case in the required time.

5.

Mr. Flores has informed counsel that because of his schedule he would like the sentencing to be moved until late February or sometime in March 2008.

6.

Presently counsel's schedule is open during that period of time.

7.

Counsel has contacted Assistant United States Attorney Mark Krotoski.  He has no objection to the continuance.  He would request that a date of February 25, 2008, would be best for him.  He would request to appear telephonically.

**Conclusion**

Since a pre sentence report is critical in this case counsel would submit that in the interests of justice that the Defendant's sentencing should be continued.

Respectfully Submitted,


*S/ Jerome J. Froelich Jr.*
Jerome J. Froelich Jr.
Georgia State Bar No. 278150


MCKENNEY & FROELICH
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-1111

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served correct copy of the within and

foregoing with the Clerk of Court using the CM-ECF system which will

automatically send e-mail notification of such filing to opposing counsel:

Mark Krotoski
Assistant United States Attorney
Criminal Deputy Chief
450 Golden Gate Avenue
PO Box 36055
San Francisco, California 94102-3495

Benjamin Flores
Probation Officer
District of Northern California
San Jose Division Office
Robert F. Peckham Federal Building and United States Courthouse
Suite 106
280 South First Street
San Jose, California 95113-3002

This __12th___ day of __November_____, 2007.

_S/ Jerome J. Froelich Jr._____
JEROME J. FROELICH, JR.
Georgia State Bar No.  278150

McKenney & Froelich
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

_____