UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-00453 RMW |
| Plaintiff, ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. ) ) | |
| ARSHAD MADHANI, ) ) | |
| Defendant. ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement filed on July 30, 2007, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Arshad Madhani shall forfeit to the United States all of his right, title and interest in the following property pursuant to Title 28, United States Code, Section 2461 and Title 17, United States Code, Section 509(a):

1. BellSouth Statement
2. Gray Notebook
3. Maxtor Hard Drive S/N Y60H8LLE
4. Western Digital Hard Drive S/N WMAC1142268
5. Blue Memory Device
6. Notebook
7. Net Gear Card
8. Net Gear USB Card
9. Red MP3 Player
10. Yellow Notepad Paper
11. (5) Movie Disks
12. HP Pavilion A210N
13. Black Computer Tower

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this ____ day of _____ 2007.

_____
RONALD M. WHYTE
United States District Judge