*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Irene Rodriguez

**DATE:** March 24, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00453-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- ARSHAD MADHANI
     **APPEARANCES:**          (P)

**PLTF:** AUSA: M. Krotoski via Phone     **DEFT:** J. Froelich, Jr.
     **PROBATION OFFICER:**          L. Timmons

**COURT ACTION:** JUDGMENT AND SENTENCING

Hearing Held. The Court sentenced the defendant to 3 years of probation as to Counts 1 and 2 of the Information. This term consist s of terms of 3 years on Counts 1 and 2, all counts to be served concurrently. The defendant shall participate in Home Confinement with Electronic Monitoring for a period of 10 months. The defendant is ordered to pay a special assessment in the amount of $200, which shall be due immediately. It is further ordered that the defendant pay restitution in the amount of $59,973.11 to various victims. The Court did not impose a fine. See Judgment for specifics.

          /s/ Jackie Garcia
          **JACKIE GARCIA**
          **Courtroom Deputy**