04/29/2008 05:32 PM EST                                   Version 7.0.1

# Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ARSHAD MADHANI | 504100 | SPECIAL PENALTY ASSESSMENT | 200.00 | 0.00 | CT 5461002827 | 1 | PR | 200.00 | 03/24/2008 |

Case No. DCAN507CR000453

Division Payment Total    200.00

Grand Total    200.00

*[Handwritten: $200.00 SPECIAL ASSESSMENT PAID ON 3/24/2008]*

Page 1 of 1